UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                        Case No.: 6:09-BK-6253-KSJ
                                                              Chapter 11
VP PHASE IV, LTD.

    Debtor.
_____/

## NOTICE OF APPEARANCE

COME(S) NOW Gregory W. Stoner, Esquire of The Property Rights Law Firm, P.A. and hereby enters his appearance on behalf of the following creditors: Adiel Gorel, Scott Freeman, Harkley and Stacy Thornton, Lillian Han and Samuel Li, and Meisho Fuse, in regard to the above referenced case, and hereby directs that all future pleadings or matters pertaining to this action, be sent to the aforementioned law firm at the following email addresses: gws@eminentdomainfirm.com and dms@eminentdomainfirm.com.

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                                S/Gregory W. Stoner
                                                Gregory W. Stoner, Esquire
                                                Florida Bar No. 0067334
                                                The Property Rights Law Firm, P.A.
                                                801 N. Orange Ave., Suite 830
                                                Orlando, Florida 32801
                                                Telephone: (407) 843-4900
                                                Facsimile: (407) 712-7301
                                                Attorney for Creditors