UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

| | | |
|---|---|---|
| **VP PHASE IV LTD.,** | ) | Case No.:   6:09-bk-06253-KSJ |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE AND DISMISSING CASE

THIS CASE came before the Court on December 10, 2009, upon the United States Trustee's Motion to Dismiss or Convert Case (Dkt. No. 94; the "UST Motion to Dismiss").  The Court, having considered the UST Motion to Dismiss and the positions of interested parties, noting that VP Phase  IV, Ltd. (the "Debtor") filed its own Motion to Dismiss Chapter 11 (Dkt. No. 101) and that Fifth Third Bank also filed a Motion to Dismiss this case (Dkt. No. 100), and for the reasons stated orally and recorded in open court, it is

**ORDERED that:**

1.   The UST Motion to Dismiss (Dkt. No. 94) is **granted.**

2.   This case is dismissed, and the Debtor is enjoined from filing for bankruptcy protection for 180 days from the date of this Order.

3.   The automatic stay is lifted and of no further force or effect.

4.   All pending motions are denied as moot.

5.    The Debtor is directed to pay any and all outstanding United States Trustee quarterly fees for the fourth quarter of 2009 in the estimated amount of $325.00, within ten days from the entry of this order.

DONE AND ORDERED on December 21, 2009.

KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies furnished to:
All Interested Parties (Service by BNC)